# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRESS M. COTERO,<br><br>Defendant. | Case No. 2:17-cr-00376-RFB-CWH<br><br>& Case No. 2:19-cr-00141-RFB-DJA<br><br>**<u>ORDER</u>** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, 9/7/2023 is VACATED and reset for December 7th, 2023 at 8:30 am.

Dated this the 6th day of September, 2023.



_____

UNITED STATES DISTRICT WDGE

3