RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Andress Cotero*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ANDRESS COTERO,<br>　　　　Defendants. | CASE NO: **2:17-cr-00376-RFB-CWH-1**<br>**and**<br>　　　　**2:19-cr-000141-RFB-DJA**<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(2nd Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Allison Reese, Assistant United States Attorney, and Andress Cotero, by and through his attorney, Rachael E. Stewart, that the Revocation of Supervised Release Hearing currently scheduled for November 30, 2023, at the hour of 8:30 a.m., be continued for a period of at least thirty (30) days, to a date and time convenient to this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This stipulation is entered for the following reasons:

1. The parties require additional time to prepare for the revocation hearing in this case. Defense Counsel was recently appointed, and Defense Counsel has learned about the related case in the state court jurisdiction that needs to be addressed simultaneously with the current revocation proceedings. The parties are also engaged in negotiations for a potential joint recommendation.

2. Defense Counsel has spoken with Assistant United States Attorney Allison Reese, and the Government agrees to the continuance.

3. Defense Counsel has spoken with defendant Andress Cotero, who is in custody, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue the revocation hearing in this case.

DATED this 22nd day of November, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Rachael E. Stewart | /s/ Allison Reese |
| Rachael E. Stewart, Esq. | Allison Reese, Esq. |
| Counsel for Andress Cotero | Assistant United States Attorney |
| | Counsel for the United States of America |

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Andress Cotero*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>ANDRESS COTERO,<br><br>　　　　　Defendants. | CASE NO: 2:17-cr-00376-RFB-CWH-1<br>　　　　　2:19-cr-00141-RFB-DJA<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br><br>(2nd Request) |

## <u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties require additional time to prepare for the revocation hearing in this case. Defense Counsel was recently appointed, and Defense Counsel has learned about the related case in the state court jurisdiction that needs to be addressed simultaneously with the current revocation proceedings. The parties are also engaged in negotiations for a potential joint recommendation.

2. Defense Counsel has spoken with Assistant United States Attorney Allison Reese, and the Government agrees to the continuance.

3. Defense Counsel has spoken with defendant Andress Cotero, who is in custody, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the revocation hearing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing scheduled for November 30, 2023, at the hour of 8:30 a.m., be vacated and continued to the **January 2, 2024 at 9:15 a.m.**

DATED AND DONE this 27th day of November, 2023



_____
UNITED STATES DISTRICT JUDGE